Record of Conference and Orders: Vera M. Scanlon, USMJ     Date: 4/13/2017

Case:  Bueno v. Harris, et al.

Civ A. 16-4737 (WFK) (VMS)
ECF Recording in 504N:     ☐ Telephone Conference     ☑ In-person Conference

4:22 – 5:17

Counsel: (See separately docket entry or document for specific appearances)

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)
Conference Type:

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☑ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference   ☐ Other _____

Further to the conference, discovery and other scheduling dates are as follows:
(If dates previously set by the Court are not reset, they remain as stated in the previous order.)
☐ Motions decided on the record     [55] is granted as stated on the record.

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder          ☐ To be served     ☐ To be filed
    ☐ Complaint ☐ Answer                  ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed
☐ Status conference                        Date:           Time:
    ☐ In person ☐ Telephone (718) 613-2300   To be organized by:
☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated         ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed         ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference                    Date:           Time:

Page 1 of 2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: <u>Bueno v. Harris, et al.</u>   <u>Civ. A. 16-4737 (WFK) (VMS)</u>

Date: 4/13/2017

**Additional Orders:**

[55] is granted as stated on the record.

The Court will decide the other motions with the receipt of the transcript and D's supplemental response.

Mr. Lichtman may make a submission by 5/5/17, in light of his holiday and trial schedule.

Page 2 of 2