UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AGUSTINA BUENO,

    Plaintiff,

-against-

MEL S. HARRIS AND ASSOCIATES, LLC
LR CREDIT 18, LLC
MEL S. HARRIS
DAVID WALDMAN
KERRY H. LUTZ
TODD FABACHER
MICHAEL YOUNG
SAMSERV, INC
HUSAM AL-ATRASH
WILLIAM MLOTOK

    Defendants.

Case No. 16-cv-04737 (WFK) (VMS)

## STIPULATION

Plaintiff Agustina Bueno and Defendants LR Credit 18, Samserv, Inc., and William Mlotok (together, the "Parties") hereby stipulate and agree as follows:

1. The Parties shall serve their cross-motions for summary judgment on or before August 31, 2018;

2. The Parties shall serve their response papers on or before October 19, 2018;

3. The Parties shall serve their reply papers on or before November 16, 2018; and

4. All cross-motions for summary judgment, response papers, and reply papers shall be served and filed in compliance with Rule III.G of the Individual Motion Practices and Rules of Judge William F. Kuntz, II.

SO ORDERED:

s/WFK   Dated: 2/14/2018
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

**AGREED:**

**Defendant LR CREDIT 18, LLC**

By: ___/s/ Scott Balber___      Dated: ___February 14, 2018___
    Scott Balber
    Herbert Smith Freehills NY LLP

**Defendant SAMSERV, INC**

By: ___/s/ Jeffrey Lichtman___   Dated: ___February 14, 2018___
    Jeffrey Lichtman
    O'Hare Parnagian LLP

**Plaintiff AGUSTINA BUENO**

By: ___/s/Ahmad Keshavarz___    Dated: ___February 14, 2018___
    Ahmad Keshavarz
    The Law Office of Ahmad Keshavarz